UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SMITH,<br><br>         Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>         Defendant. | No.  2:24-cv-0995-DC-SCR (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 7) |

Plaintiff is proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On June 11, 2025, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen (14) days.  ECF No. 7.  Plaintiff has not filed objections to the findings and recommendations.

As explained in the Court's earlier screening order, ECF No. 6, the Complaint fails to state a claim on which relief can be granted and is accordingly subject to dismissal under the IFP statute.  *See* 28 U.S.C. § 1915(e).  Dismissal is also warranted for Plaintiff's failure to follow the Court's order requiring the filing of an amended complaint and failure to prosecute this case.  *See* Fed. R. Civ. P. 41(b); Local Rule 110.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed June 11, 2025, are adopted in full; and

    2. This action is DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: **July 21, 2025**

                                      Dena Coggins
                                      United States District Judge